# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 25-05007-01-CR-SW-RK |
| WILLIAM PHILLIP JACKSON, | ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court are two motions filed by Defendant personally: (1) a Motion to Dismiss Indictment (doc. 40); and (2) a Motion to Dismiss Counts 2, 3, 4, and 5 (doc. 41). In this matter, Defendant is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017). Defendant was advised of this prohibition in the Scheduling and Trial Order entered on March 5, 2025, which states that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 18 ¶ VI(A).)

Accordingly, the *pro se* Motion to Dismiss Indictment (doc. 40) and the *pro se* Motion to Dismiss Counts 2, 3, 4, and 5 (doc. 41) are **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 20, 2025