# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| v. | ) No. 25-05007-01-CR-SW-RK |
| WILLIAM PHILLIP JACKSON, | ) |
|     Defendant. | ) |

## ORDER

Before the Court is the "Objection to Postponement for *Lack* of an established *subject-matter jurisdiction* of the district court to conduct proceedings and 2nd Motions to Void Judgment and Dismiss All Charges" filed by Defendant personally. (Doc. 49.) As Defendant has been advised previously, he is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017). This prohibition is set forth in the March 5, 2025, Scheduling and Trial Order, which states that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 18 ¶ VI(A).)

Accordingly, the *pro se* motion (doc. 49) is **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

                                                         /s/ *David P. Rush*
                                                         DAVID P. RUSH
                                                         UNITED STATES MAGISTRATE JUDGE

DATE: September 8, 2025